# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-mj-00815-NJK |
| vs. | ORDER |
| WILLIAM SUTTON, | |
| Defendant. | (Docket No. 10) |

Pending before the Court is Defendant William Sutton's *pro se* motion to transfer him to court, appoint counsel, be served notice of charges, and enter a plea. Docket No. 10. This motion appears to have been written prior to the appointment of counsel[1] and, since the motion was written, all of the items Defendant requests have occurred.

Accordingly,

Defendant's motion, Docket No. 10, is **DENIED** as moot.

IT IS SO ORDERED.

DATED: March 5, 2018.

NANCY J. KOPPE
United States Magistrate Judge

---

[1] A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).